**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**                          **CASE NO. 5:18-CR-50043-001**

**ADAM FLORES**                                               **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 43) filed in this case on March 6, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the parties.

The Court has reviewed this case and finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the *pro se* Motion for Compassionate Release (Doc. 32) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 24th day of March, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE